In the United States District Court for Maryland

2/4/2022

Calvin C. Murray II, et al.,

    Plaintiffs

v.

Sgt. Hennion, et al.,
Lt. W. Bonn
   Bonn
Lt. Dubiri
Lt. Ozelmele
C.O. Hendrix Jr.

    Defendants

Declaration of Keith Penner
Civil Action

Keith Penner hereby declare.

I was in cell B-D-403 for over 1 month before Mr. Murray came and I have complained to no avail and have to soak up water 24 hrs daily since the end of ~~November~~ December 9th 2021 into now. And I have been scared to death to say something cause they will take your phone don't pass out your mail or won't send your commissary. I declare this is all true and correct. Executed at Jessup MD 20794

Feb. 4th 2022

Keith Penner

To: Whom it may concern, I am incarcerated 2/4/2022 Thursday
at J.C.I and need your help filing a civil lawsoit.
I filed all the necessary In house Remedies
But still the problem remain. myself and my Celly
have been placed In a cell that is on record
To be condemned. We were even told that by
SGT. Hennin that's works 7-3 shift on the Tier
I am on right now B-D-403 cell. On administrative
Segragation. I've even written ARP's, given them to
CO. Hendrix Jr. who told me personally that's he gave
to the Sgt. Hennin. They never made it to the Warden.
I never recieved a copy. My sink and Toilet leaks
Bad, The Heater leaks 24-7 and Doesn't work.
It was 20 something Degrees everyday last week and
this week. Ive been on ~~celly~~ Administrative Seg. For 2 wks.
Technically I'm supposed to be able to order Food
But They are punishing me by keeping my location
on Segragation Tier B-B-624. So, when I order
Food It will show that I'm still Disciplinary Seg.
AND Send my Food Back. I am a chronic Care Patient
w/ asthma and I'm afraid of catching CoviD. Being
In this Cell. Its freezing and I am Afraid of
falling and hurting myself as I did Before.
Ive already slipped, but It wasn't Bad. I am 50 yrs. old
Almost. and I'm afraid for even More Retaliation.

I dont know the law But I know that rising water on the Floor potentially Causing me Harm or Death. It's not Just leaking a little once a day, it's all day Everyday, and as I said It is deemed "Condemned" It's what It says In traffic to not House anyone Because of status. I've asked many times to Move me. Please help me. I want Serve a 1983 Section or Bivens. I know People dont think this Is Cruel But a little harsh, NO! This is Cruel Especially with other Beds Available it's on purpose they are treating me thatway. Iam begging you Sir/or Madam to help me File and Serve them. Pro Se action section 1983 Informa Pauperis and to this time be appointed Cansel. also, Iam Still indigent I had a Prison Job but they took it. I want to claim mental anguish Pain & Soffer, Cruel and Unusal Punishment, 8th & 14th amendment. I also feel I Cant Fully exahust my Prison Remedy Fully Because they Dont turn my ARP in! what else to do? And almost everytime I ask they tell none available. And Then when I told Lieutenat W. Bunn he told me Dont File it he gonna Fix it in 3 Days. But he never Did. And He knows this Cell is Condemn,

That's Why I want to Sue Officers LT. W. Ogundele T. Dabiri, Sgt. Hennin? or Hennicks LT. Ozemele, C.O. Hendrix Jr. C.O. Name I Don't Know But he's a Seargent 7-3 shift too In this Bldg. B - D - Tier So, Please I beg to Court to excuse my exhaustion Process. Because I turn every Single one in that I can get and they never give me a reciept. If the Camera Footage IS preserved From 1-29-2022 from 7am to 2-4-2022 you will See every officer I name at my cell Begging them and turning in ARP's please. Why Do they always get Away with hurting People. I have love ones too and a family and a daughter. Porter v. Nussle, 534 U.S. 516 (2002) Jones v. Bock 549 U.S. 199 (2007) I also, want to sue them as DOC of MD and Single Persons. Section 139 (b) of title 28 of the U.S. Code. Dear Court Clerk, Please help File and do it right this time because I don't know and I know they got alot of lawyers and Judges was lawyers and probably Don't Care because I committed a Crime Because someone was raping my little Sister. Brittany Please appoint a lawyer to me in the Jailhouse lawyer Book Pg 67 Informer Pauperis law 28 USC § 1915 (e)(1), Montgomery v. Pinchak 294 F.3d 492, 499 (3d Cir. 2002) Farmer v. Haas 990 F. 2d, 319, 322 (7th Cir 1993) Greeno v. Daley 414 F3d 645 (7 Cir 2005) Parham v. Johnson 126 F.3d 454 461 (3d 1997)

Can also the Judge order a (TRO) & Injunction So, they can get us a better cell to move in. Please. this is Information from a Jailhouse lawyer Handbook Ch. 5.

Thank you

Calvin Murray #473611
P.O. Box 534
Jessup MD 20794
Administrative Segregation
B-Bldg. D.Tier # 403

To: U.S. Courthouse (4th Circuit)
6500 Cherrywood Lane
Green Belt, Md. 20770